IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 06-83 |
| | ) | |
| FREDERICK DATES, II | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this  11th  day of February, 2008 upon consideration of the foregoing Request for issuance of a Subpoena Duces Tecum Pursuant to Rule 17(b) and 17(c) of the Federal Rules of Criminal Procedure, it is hereby ORDERED, ADJUDGED, AND DECREED that the requested subpoenas shall be issued and served by an authorized representative of the Federal Public Defender, directing the persons listed in the attached schedule to appear before the Honorable Gary L. Lancaster, United States District Judge, United States Courthouse, Seventh and Grant Street, Pittsburgh, Pennsylvania 15219 on Friday, February 15, 2008, at 12:00 noon to produce records for the inspection by the parties.

## SUBPOENA SCHEDULE

Records Custodian
c/o Jeff Yates
Director of 911 Services
Washington County Department of Public Safety
Level C
100 W. West Beau Street
Washington, PA 15301

The Washington County Department of Public Safety will provide copies of any and all 911 written, recorded or CAD reports, including their intake log, (initial and supplemental), recorded information from the Pennsylvania Department of Transportation and other investigative records, prepared by their agency or received from other entities in the course of their investigation and follow-up on calls received from Washington Police on **February 11, 2005 starting at approximately 2:00 a.m.** The calls were related to **Washington Police Department Case No.05001569; Frederick Dates** and his vehicle, a 1995 Chevy Tahoe, **License No. FWX-5995.**


Records Custodian
c/o Chief John Haddad
Washington City Police
56 W. Strawberry Avenue
Washington, PA 15301

The Washington City Police will provide copies of any and all recorded Pennsylvania Department of Transportation information obtained during the course of their investigation and arrest of Frederick Dates on **February 11, 2005** that relate to his vehicle, a 1995 Chevy Tahoe, License No. FWX-5995.

The Washington City Police will also provide copies of any and all documents reflecting communications between Officer **Jason Strenger** and the Washington County 911 Call Center, including requests made and actions taken with respect to the investigation and arrest of Frederick Dates on **February 11,2005** and relate to **Case No. 05001569**, and his vehicle a 1995 Chevy Tahoe, License No. FWX-5995.

These records include all written and audio recordings and **intake and other logs of February 11, 2005** compiled at the Washington County Police, PennDot, the Pennsylvania State

Police and the Washington County 911 Call Center including dispatch recordings and logs, and 911 recordings, CAD reports, and logs; and anything reflecting the requests made and actions taken on February 11, 2005.

**In lieu of appearance, please provide the requested material to an authorized representative of the Federal Public Defender's office, or send a records custodian to court with the requested material.**

COSTS TO BE BORNE BY THE GOVERNMENT.

_____
Gary L. Lancaster
United States District Judge