AND NOW, THIS 19th DAY OF Feb 08, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                             )
         v.                  )   Criminal No. 06-83
                             )
FREDERICK DATES, II          )

## MOTION TO RECONSIDER

AND NOW comes the defendant, Frederick Dates, II, by his attorney, Linda E. J. Cohn, Assistant Federal Public Defender, and respectfully moves this Honorable Court to reopen and reconsider evidence in this case. In support thereof, counsel states:

1. On October 25, 2007, this Court held a hearing on Mr. Dates's Motion to Suppress. At the end of the hearing, this Court denied Mr. Dates's motion without hearing argument based on the evidence introduced at the suppression hearing. Thereafter, this Court issued a Memorandum Order denying Mr. Dates's Motion to Suppress.

2. Mr. Dates respectfully requests this Court to reconsider its decision to deny his motion to suppress.

3. Mr. Dates moved to suppress all of the evidence in this