IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-83 |
| | ) |
| FREDERICK DATES, II, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 26th day of February, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered May 1, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, March 5, 2008 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Charles A. Eberle,
    Assistant United States Attorney

    Linda E.J. Cohn,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation