PS 8
(Rev. 1 2005)

# UNITED STATES DISTRICT COURT

for

### Western District Of Pennsylvania

U.S.A. vs. Frederick Dates, II                    Docket No.   0315 2:06CR00083-001

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Frederick Dates, II, who was placed under pretrial release supervision by the Honorable Amy Reynolds Hay, sitting in the COURT at Pittsburgh, Pennsylvania, on the 24h day of April 2006, under the following conditions:

1. The defendant shall report to Pretrial Services as directed.
2. The defendant shall remain in the Western District of Pennsylvania.
3. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a physician.
4. The defendant shall submit to drug testing as directed.
5. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the Pretrial Services Office or supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS

The defendant submitted urine samples which tested positive for marijuana on eight occasions between February 19, 2008, and May 6, 2008.

The defendant failed to attend weekly outpatient treatment sessions on April 4, 2008, April 25, 2008, April 29, 2008, May 13, 2008, May 16, 2008, and May 20, 2008, as directed by Pretrial Services.

PRAYING THAT THE COURT WILL ORDER THAT A BOND REVOCATION HEARING BE SCHEDULED FOR   Friday, June 6, 2008 @ 10 AM   .

ORDER OF COURT

I declare under penalty of perjury that the foregoing is true and correct.

Considered and ordered  4th  day of  June  , 2008, and ordered filed and made a part of the records in the above case.

Honorable Gary L. Lancaster
U.S. District Judge

Executed on   June 3, 2008

Eric D. Bossart
U.S. Pretrial Services/Probation Officer

Elaine M. Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place   Pittsburgh, Pennsylvania