IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 06-83 |
| | ) | |
| FREDERICK DATES, II | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 16th day of March, 2011, upon consideration of the foregoing Motion to Withdraw *Pro Se* Petition for Reduction Without Prejudice, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted.

_____, C.J.
Gary L. Lancaster
Chief United States District Judge